1   PHILLIP A. TALBERT
    United States Attorney
2   JOSEPH D. BARTON
    Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone:  (559) 497-4000
    Facsimile:   (559) 497-4099
5

6   Attorneys for Plaintiff
    United States of America
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA           Case No. 1:19-MJ-00055-EPG

13
             Plaintiff,                 GOVERNMENT'S MOTION TO DISMISS
14                                       COMPLAINT

15        v.

16   MARCO ANTONIO GARCIA-ORTIZ,

17          Defendant.

18

19

20        Due to the passage of time and in the interests of justice, the government moves the Court

21   to dismiss the complaint in the above case without prejudice pursuant to Rule 48(a) of the

22   Federal Rules of Criminal Procedure.   The defendant has not been arrested on the complaint.

23

24    Dated:  December 8, 2023            /s/ Joseph Barton
                                           JOSEPH BARTON
25                                         Assistant United States Attorney

26

27

28

1   PHILLIP A. TALBERT
United States Attorney
2   JOSEPH D. BARTON
Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
Fresno, CA 93721
4   Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099
5

6   Attorneys for Plaintiff
United States of America
7

8

9            IN THE UNITED STATES DISTRICT COURT

10         FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:19-MJ-00055-EPG |
| Plaintiff, | ORDER TO DISMISS COMPLAINT |
| v. | |
| MARCO ANTONIO GARCIA-ORTIZ, | |
| Defendant. | |

20       Upon the government's motion dated December 8, 2023, the complaint in the above case

21   is dismissed without prejudice.

22   IT IS SO ORDERED.

23     Dated:   **December 8, 2023**          /s/ Barbara A. McAuliffe

24                       UNITED STATES MAGISTRATE JUDGE

25

26

27

28